# Court of Appeals
## Tenth Appellate District of Texas

10-25-00164-CV

In the Matter of the Marriage of Ashlee Desoree Johnston and Justin Ross Johnston and in the Interest of S.M.J., a Child

On appeal from the
County Court at Law of Walker County, Texas
Judge John R. Gaines, presiding
Trial Court Cause No. D2420018

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

**MEMORANDUM OPINION**

Justin Ross Johnston appealed from a default decree of divorce. The Appellant's brief was due on November 20, 2025. No brief or letter for extension of time was filed by that date. On November 24, 2025, by letter from the Clerk of this Court, Appellant was notified that his brief was late and that "[u]nless a response showing grounds for continuing this appeal is filed by appellant or any party desiring to continue this appeal on or before **Monday, December 15, 2025**, the court may dismiss the appeal for want of prosecution." (emphasis in original.)

Appellant has not responded to the Clerk's letter. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3 (b),(c).

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: December 23, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

